Case 4:18-cr-00466-BSM   Document 886   Filed 05/01/24   Page 1 of 1

AO 247 (Rev. 03/19)   Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Eastern District of Arkansas

| | |
|---|---|
| United States of America<br>v.<br>JOHN CHRISTOPHER BURCH<br><br>Date of Original Judgment: 03/08/2022<br>Date of Previous Amended Judgment:<br>*(Use Date of Last Amended Judgment if Any)* | )<br>)<br>)   Case No: 4:18-CR-00466-BSM-05<br>)   USM No: 32208-009<br>)<br>)   Lott Rolfe<br>)   *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR AMENDMENT 821 SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.   ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of   84   months **is reduced to**   70  .
*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Sentence is concurrent with state court sentence from 3/08/20

Except as otherwise provided, all provisions of the judgment dated   03/26/2021   shall remain in effect.
**IT IS SO ORDERED**.

Order Date:   05/01/2024

*Judge's signature*

Effective Date:  
*(if different from order date)*

Brian S. Miller, U.S. District Judge
*Printed name and title*