IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA                                                    PLAINTIFF

v.                         CASE NO. 4:18-CR-00466-BSM-5

JOHN CHRISTOPHER BURCH                                                     DEFENDANT

## ORDER

John Burch's motion for reconsideration [Doc. No. 888] of the order denying his request to correct the judgment, *see* Doc. Nos. 882 & 883, is denied because his sentence matches the sentence announced at sentencing. Having reviewed an unofficial transcript of Burch's sentencing hearing, it appears that Burch was ordered to the Bureau of Prisons for a term of 84 months. To the extent that the Bureau of Prisons is declining to give the sentencing credit discussed at sentencing, that is not a clerical error within my authority to correct under Federal Rule of Criminal Procedure 36. *See United States v. Mares*, 868 F.2d 151, 151 (5th Cir. 1989) (per curiam). Therefore, based on the May 1, 2024 order reducing Burch's previously imposed sentence of imprisonment from 84 months to 70 months, *see* Doc. No. 886, 70 months and not 60 months is the correct term of imprisonment.

IT IS SO ORDERED this 6th day of June, 2024.

_____
UNITED STATES DISTRICT JUDGE